No. 94-7600. RAY v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 94-7602. TURNER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94-7605. MCMURRAY ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94-7606. MARTINEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 94-7607. MARTINEZ-ESTRADA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94-7609. NEAL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94-7611. JACKSON v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 94-7613. ORTIZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94-7618. SNOW v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 94-7624. CONNORS v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 3d Cir. Certiorari denied.

No. 94-7633. MCHENRY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94-7634. MCKENZIE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94-7637. CAHOON v. RENO, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94-7638. THORPE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94-7639. WILLIAMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94-7643. CALLAHAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.